IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TOMMIE JEROME THOMPSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

Case No.    5D21-426
LT Case No. 59-2018-CF-003028-A

_____/

Decision filed July 12, 2022

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Matthew J. Metz, Public Defender, and
Victoria R. Cordero, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson Hall,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., SASSO and TRAVER, JJ., concur.